AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

GEORGE CHACHAS,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                         CASE NUMBER: **3:07-CV-00158-LRH-VPC**

CITY OF ELY, NEVADA, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendants' Renewed Motion for Summary Judgment (#30) is GRANTED. IT IS FURTHER ORDERED the Plaintiff's Renewed Counter-Motion for Partial Summary Judgment (#35) is DENIED.

   March 31, 2009                                  **LANCE S. WILSON**
                                                         Clerk

                                                          /s/ D. R. Morgan
                                                         Deputy Clerk